RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

**CHARLES M. DUFFY**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-6406
charles.m.duffy@usdoj.gov
*Attorneys for the United States of America*

McGREGOR SCOTT
United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVA PROPERTY MANAGEMENT LLC,<br><br>Petitioner,<br><br>v.<br><br>BANK OF AMERICA; and UNITED STATES OF AMERICA<br><br>Respondents. | Case No. 2:19-mc-00106-TLN-AC<br><br>STIPULATION FOR DISMISSAL and ORDER THEREON |

    The Petitioner, Parva Property Management LLC, and Respondent, United States of America, by and through their undersigned counsel, hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1) that this action may be dismissed, with each side to bear its own attorney's fees and costs.

    The summons issued to Bank of America has been withdrawn by the Internal Revenue Service. Therefore, this action is moot.

1

To the extent that any records were produced from the Bank before the summons was withdrawn, the IRS will send the same back to the Bank.

STIPULATED AND AGREED TO BY:

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/ Charles M. Duffy*
        **CHARLES M. DUFFY**
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Washington, D.C. 20044
        Telephone: (202) 307-6406
        charles.m.duffy@usdoj.gov
        *Attorneys for the United States of America*

        McGREGOR SCOTT
        United States Attorney
        *Of Counsel*

        */s/ Paul A. Warner*
        PAUL A. WARNER, ESQUIRE
        1624 Santa Clara Drive (Suite 2200)
        Roseville, CA 95661
        Telephone: (916) 996-3100

IT IS SO ORDERED this 15th day of July, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE